AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 1 5 2015

BY DEPUTY _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KERRY ARSENIO ARDOIN | ) | Case No. |
| | ) | 1:15-MJ-162 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 10, 2015__ in the county of __Jefferson__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Phillip Smith, DEA-Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/15/2015

_____
Judge's signature

City and state: Beaumont, Texas

Zack Hawthorn, US Magistrate Judge
*Printed name and title*